WR-84,352-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/16/2015 9:44:20 AM
Accepted 12/18/2015 4:26:13 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **EX PARTE** | § | RECEIVED |
| | § | COURT OF CRIMINAL APPEALS |
| | § | 12/18/2015 |
| | § | ABEL ACOSTA, CLERK |
| | § **WRIT NO.** _____ | |
| **JASON MATTHEW TRUVER** | § **TRIAL NO. C-371-010503-0743445-A** | |

### FIRST MOTION FOR EXTENSION OF TIME FOR RESOLUTION OF ISSUES AND SUBMISSION OF WRIT RECORD

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, the 371ST Judicial District Court of Tarrant County Texas and moves this Court to grant an additional forty-five (45) day extension of time for resolution of the issues and submit the writ record in this case. The following allegations are made in support of this motion:

### I.
### PROCEDURAL HISTORY

On August 30, 2001, JASON MATTHEW TRUVER ("Applicant"), was convicted by a jury of the first degree felony offense of possession with intent to deliver a controlled substance of four grams or more, but less than 200 grams, namely: methamphetamine. The jury made an affirmative deadly weapon finding and assessed punishment at forty-five years confinement in the Texas Department of Criminal Justice – Institutional Division.

On May 16, 2002, the Third Court of Appeals affirmed the trial court's

1

judgment on May 16, 2002. *See Truver v. State*, No. 03-01-00569-CR, 2002 WL 990996 (Tex. App. – Austin May 16, 2002, no pet.) (not designated for publication).

On June 22, 2015, Applicant filed this application for writ of habeas corpus. The State was served on that date.

The trial court's 180 day deadline to resolve the issues in this application for writ of habeas corpus is December 21, 2015, because December 19, 2015, is a Saturday. *See* Tex. R. App. 73.5.

## II.
## AN ADDITIONAL FORTY-FIVE DAY EXTENSION IS REQUESTED

The trial court requests that this Court grant an additional forty-five (45) day extension of time for resolution of the issues and submit the writ record in this application. If this extension is granted, the resolution of the issues would be accomplished **on or before February 2, 2016**, and the writ record submitted **on or before February 3, 2016**.

This extension is not sought for purposes of delay. Additional time is needed to determine resolve Applicant's issues.

WHEREFORE, PREMISES CONSIDERED, the trial court prays that this Court grant an additional forty-five (45) day extension for resolution of the issues in this case

2

and order that the issues be resolved by **on or before February 2, 2016**, and the writ record submitted **on or before February 3, 2016**.

Respectfully submitted,

/s/ CHARLES P. REYNOLDS
CHARLES PATRICK REYNOLDS
Judicial Staff Counsel and
Post-Conviction Magistrate
Tarrant County, Texas
401 W. Belknap
Fort Worth, Texas 76196
(817) 884-2326
Fax (817) 884-2312
State Bar No. 00789580

## CERTIFICATE OF SERVICE

A true copy of the above First Motion for Extension of Time for Resolution of Issues has been hand-delivered to Hon. Andréa Jacobs, Assistant Criminal District Attorney, Tarrant County District Attorney's Office and  mailed to Applicant, Mr. Jason Matthew Truver, TDCJ-ID# 1061122, Connally Unit, 899 FM 632, Kenedy, Texas 78119 on the 16th day of December, 2015.

/s/ CHARLES P. REYNOLDS
CHARLES PATRICK REYNOLDS